

# United States District Court
# Eastern District of California

| | |
|---|---|
| Kelly Lee Martin, | Case Number: 2:26 cv 00948 JAM DMC |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Experian Information Solutions, Inc., et al. | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Henry R. Chalmers hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant First Advantage Background Services Corp.

On 05/20/1993 (date), I was admitted to practice and presently in good standing in the USDC Northern District of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/02/2026        Signature of Applicant: /s/ Henry R. Chalmers

**Pro Hac Vice Attorney**

Applicant's Name: Henry R. Chalmers

Law Firm Name: Arnall Golden Gregory LLP

Address: 171 17th Street NW, Suite 2100

City: Atlanta            State: GA      Zip: 30363

Phone Number w/Area Code: (404) 873 8646

City and State of Residence: Atlanta, GA

Primary E-mail Address: henry.chalmers@agg.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Andrew A. Wood

Law Firm Name: Allen Matkins Leck Gamble Mallory & Natsis LLP

Address: 2010 Main Street, 8th Floor

City: Irvine            State: CA      Zip: 92614

Phone Number w/Area Code: (949) 553 1313            Bar # 279403

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 12, 2026

_____
JUDGE, U.S. DISTRICT COURT