Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
25A Crescent Dr. #402
Pleasant Hill, CA 94523
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*Attorney for Plaintiff*
*Kelly Lee Martin*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

KELLY LEE MARTIN,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and FIRST ADVANTAGE BACKGROUND SERVICES CORP.,

Defendants.

Case No.: 2:26-cv-00948-JAM-ICD

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP. ONLY**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kelly Lee Martin and Defendant First Advantage Background Services Corp. ("First Advantage"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant First Advantage only, with each party to bear their own costs and fees.

Respectfully submitted this October 21, 2026.

*/s/ Andrew J. Gramajo*
Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
25A Crescent Dr. #402
Pleasant Hill, CA 94523
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*/s/ Natalie L. Cascario*
ARNALL GOLDEN GREGORY LLP
Henry R. Chalmers (GA Bar No. 118715)
*Pro hac vice Admitted*
Natalie L. Cascario (GA Bar No. 634589)
*Pro hac vice Admitted*
171 17th Street NW, Suite 2100

*Attorneys for Plaintiff,*
*Kelly Lee Martin*

Atlanta, GA 30363
Telephone: (404) 873-8646
Facsimile: (404) 873-8647
Email: henry.chalmers@agg.com
natalie.cascario@agg.com

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Andrew A. Wood (Bar No. 279403)
2010 Main Street, 8th Floor
Irvine, CA 92614-7214
Telephone: (949) 553-1313
Facsimile: (949) 553-8354
Email: awood@allenmatkins.com

*Attorneys for Defendant*
*First Advantage Background Services Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: *<u>/s/ Andrew J. Gramajo</u>*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

KELLY LEE MARTIN,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and FIRST ADVANTAGE BACKGROUND SERVICES CORP.,

Defendants.

Case No.: 2:26-cv-00948-JAM-ICD

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP. ONLY**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant First Advantage Background Services Corp. only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby **DISMISSED WITH PREJUDICE as to Defendant First Advantage Background Services Corp. only**.

**IT IS SO ORDERED.**

Dated: October 21, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE